UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROBERT BERG,                                                    Plaintiff,

v.                                         Civil Action No. 3:17-cv-582-DJH-CHL

PHARMERICA CORPORATION, et al.,                      Defendants.

\* \* \* \* \*

## ORDER

      Plaintiff Robert Berg has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing this action with prejudice as to him but without prejudice as to all other members of this purported class action. (Docket No. 7) Magistrate Judge Colin Lindsay held a telephonic status conference on March 21, 2018, in which the parties discussed a related action, Civil Action No. 3:18-cv-109-DJH-CHL, that has been filed in this Court. (D.N. 14) Laborers' Local 231 Pension Fund, which had filed a motion for appointment as lead plaintiff in this action (D.N. 4), filed the related action after Berg filed his notice of voluntary dismissal. (D.N. 14) The Fund has now filed a motion for appointment as lead plaintiff in that related action. (*Id.*) Judge Lindsay therefore recommended that this action stand dismissed pursuant to Rule 41(a)(1)(A)(i) and denied the Fund's motion for appointment as lead plaintiff in this action (D.N. 4) as moot. (D.N. 14, PageID # 180)

      Fourteen days have now passed since Judge Lindsay issued his recommendation, and no party has objected to the Court dismissing this action in light of the related action that has been filed in this Court. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

      **ORDERED** that this action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

April 18, 2018

                                                                       **David J. Hale, Judge**
                                                                 **United States District Court**